ORIGINAL

FLORENCE T. NAKAKUNI 2286
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA 2556
Chief, Drug and Organized
Crime Section

TONY R. ROBERTS
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: Tony.Roberts@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3  MAR 25 2014

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

**CR14 00365 JMS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 14-00____ |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| | ) | |
| vs. | ) | [21 U.S.C. §§ 841(a)(1), |
| | ) | 841(b)(1)(A) & 846] |
| SIMEON KUUIPO SEGUNDO, | ) | |
| also known as "Ipo" Segundo, | ) | |
| | ) | |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges that:

On or about February 22, 2013, in the District of

Hawaii, Defendant SIMEON KUUIPO SEGUNDO, also known as "Ipo"

Segundo, did knowingly and intentionally attempt to possess with

intent to distribute 50 grams or more of methamphetamine, its

salts, isomers, and salts of isomers, that is approximately

2,280 grams, a Schedule II controlled substance, in violation of

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846.

DATED: March ⎽⎽⎽ 25 ⎽⎽⎽, 2014 at Honolulu, Hawaii.


FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii


⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
BEVERLY WEE SAMESHIMA
Chief, Drug and Organized
Crime Section


⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
TONY R. ROBERTS
Assistant U.S. Attorney



United States v. Simeon Kuuipo Segundo
INFORMATION
Cr. No. 14-00⎽⎽⎽⎽